## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Howard Dawson                                             CHAPTER 13
                              Debtor(s)

                                                   BKY. NO. 25-10274 JCM


### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for Legacy Mortgage Asset Trust 2021-GS4 and index same on the master mailing list.


Respectfully submitted,

/s/ *Matthew Fissel*
_____
Matthew Fissel
18 Aug 2025, 09:47:35, EDT
Denise Carlon, Esq. (317226)       ☐
Matthew Fissel, Esq. (314567)       ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com