## IN THE UNITED STATES BANKRUPTCY
## COURT FOR THE WESTERN DISTRICT OF
## PENNSYLVANIA

IN RE: Howard Dawson

                 Debtor

U.S. Bank Trust National Association, not in its
individual capacity but solely as trustee for Legacy
Mortgage Asset Trust 2021-GS4, its successors
and/or assigns

                 Movant

      v.

Howard Dawson

                 Respondent

Ronda J. Winnecour

                 Additional Respondent

NO. 25-10274 JCM

13

Related to Docs: 38, 39

Hearing Date: June 23, 2026

## ORDER

Upon consideration of the Motion filed by U.S. Bank Trust National Association, not in its
individual capacity but solely as trustee for Legacy Mortgage Asset Trust 2021-GS4, its successors
and/or assigns, it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled
for June 23, 2026 at 1:30 PM is hereby continued to August 4, 2026 at 1:30 PM.

By the Court,

_____
John C. Melaragno, Judge  **dak**
United States Bankruptcy Court
SIGNED
6/12/26 11:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | | Case No. 25-10274-JCM |
|---|---|---|
| Howard Dawson | | Chapter 13 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 12, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

**Recip ID                Recipient Name and Address**
db                + Howard Dawson, 3470 Route 28 N, Brookville, PA 15825-7414

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as trustee for Legacy Mortgage Asset Trust 2021-GS4 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Lawrence Willis | on behalf of Debtor Howard Dawson ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Matthew Fissel | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as trustee for Legacy Mortgage Asset Trust 2021-GS4 bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-1

User: auto

Page 2 of 2

Date Rcvd: Jun 12, 2026

Form ID: pdf900

Total Noticed: 1

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Steven K. Eisenberg

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as trustee for Legacy
Mortgage Asset Trust 2021-GS4 seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 7