**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

HOWARD DAWSON
Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:25-10274

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/15/2025 and confirmed on 07/29/2025 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 6,414.00 |
| Less Refunds to Debtor | 805.01 | |
| TOTAL AMOUNT OF PLAN FUND | | 5,608.99 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 422.00 | |
| Trustee Fee | 336.84 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 758.84 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| US BANK TRUST NA - TRUSTEE ET AL<br>Acct: 8603 | 0.00 | 3,992.93 | 0.00 | 3,992.93 |
| US BANK TRUST NA - TRUSTEE ET AL<br>Acct: 8603 | 24,858.48 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 3523 | 21,212.00 | 0.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC A/S/F C<br>Acct: 8931 | 0.00 | 0.00 | 0.00 | 0.00 |
| PHFA-HEMAP(*)<br>Acct: 6180 | 5,496.07 | 535.51 | 321.71 | 857.22 |
| | | | | 4,850.15 |
| Priority | | | | |
| LAWRENCE W WILLIS ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| HOWARD DAWSON<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| HOWARD DAWSON<br>Acct: | 805.01 | 805.01 | 0.00 | 0.00 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Priority | | | | |
| LAWRENCE W WILLIS ESQ | 3,000.00 | 422.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROOKVILLE ASD & WARSAW TOWNSHIF | 421.50 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 543.45 | 0.00 | 0.00 | 0.00 |
| Acct: 3523 | | | | |
| * * * N O N E * * * | | | | |
| Unsecured | | | | |
| DIRECTV LLC BY AIS INFOSOURCE LP - A | 397.14 | 0.00 | 0.00 | 0.00 |
| Acct: 1621 | | | | |
| CALIBER HOME LOANS INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2593 | | | | |
| INTERNAL REVENUE SERVICE* | 47,048.04 | 0.00 | 0.00 | 0.00 |
| Acct: 3523 | | | | |
| NATIONAL FUEL GAS DISTRIBUTION COR | 908.92 | 0.00 | 0.00 | 0.00 |
| Acct: 6709 | | | | |
| ONE MAIN FINANCIAL GROUP LLC A/S/F C | 2,416.12 | 0.00 | 0.00 | 0.00 |
| Acct: 8931 | | | | |
| PENELEC/FIRST ENERGY** | 1,188.28 | 0.00 | 0.00 | 0.00 |
| Acct: 9727 | | | | |
| PENN HIGHLANDS BROOKVILLE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PINNACLE CREDIT SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| PA DEPARTMENT OF REVENUE* | 121.54 | 0.00 | 0.00 | 0.00 |
| Acct: 3523 | | | | |
| MCCALLA RAYMER ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PURCELL KRUG & HALLER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| * * * N O N E * * * | | | | |

TOTAL PAID TO CREDITORS 4,850.15

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 964.95 |
| SECURED | 51,566.55 |
| UNSECURED | 52.080.04 |

Date: 08/14/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com